In the Matter of the Petition of MORRIS PELTZ for an Order Directing SOBEL HOCHMAN, Appellant, to Turn over to the Executor Certain Property Belonging to the Estate of CHARLES HOCHMAN, Deceased, Pursuant to Section 205 of the Surrogate's Court Act. ■ MORRIS PELTZ, as Sole Executor, etc., of CHARLES

HOCHMAN, Deceased, Respondent.— Order affirmed, with costs to respondent payable out of the estate. No opinion. Lazansky, P. J., Young, Hagarty and Tompkins, JJ., concur; Kapper, J., dissents and votes for reversal and for a jury trial of the issues.